**N. Flyer & Son, Inc., Plaintiff-Appellee, v. Leo Aronson, et al., Defendants-Appellants.**

**Gen. No. 47,788.**

First District, First Division.
December 21, 1959.
Rehearing denied January 13, 1960.
Released for publication January 18, 1960.

John Demling, for appellants; Tannenbaum and Polikoff, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.